THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* IRVING SCHURMAN, Appellant.

Argued February 28, 1951; decided April 5, 1951.

*Julian C. Tepper* and *James L. Walter* for appellant.

*Herman Methfessel, District Attorney* (*Alfred J. Cawse, Jr.,* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.